1  BARRY E. HINKLE, Bar No. 071223
2  NICOLE M. PHILLIPS, Bar No. 203786
   WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023
   Attorneys for Plaintiffs
6
7  ROBERT K. CARROL, State Bar No. 81277
   rcarrol@nixonpeabody.com
8  JOSHUA M. HENDERSON, State Bar No. 197435
   jhenderson@nixonpeabody.com
9  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
10 San Francisco, California 94111-3600
   Telephone: (415) 984-8200
11 Fax:  (415) 984-8300
12
   Attorneys for Defendants
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLIFFORD GREGORY ESCOBAR, Individually, CLIFFORD GREGORY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; CATHERINE JOY ESCOBAR, Individually, CATHERINE JOY | No.   CV 08 2535 EDL<br>(Consolidated with CV 08-02557 EDL)<br><br>**STIPULATION TO CONTINUE PRETRIAL SCHEDULE;** [~~PROPOSED~~] **ORDER** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

**STIPULATION TO CONTINUE PRETRIAL SCHEDULE; [PROPOSED] ORDER**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

| | |
|---|---|
| 1  ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE 2  CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION 3 | ) ) ) ) No.    CV 08-02557 EDL ) (Consolidated with CV 08-02557 EDL) |

1 ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE
2 CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION
3
4        Defendants.
5
6 THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT
7 MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;
8 CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT
9 MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA;
10 CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN
11 CALIFORNIA,
12        Plaintiffs,
13
14        v.
15 CLIFFORD GREGORY ESCOBAR, Individually, CLIFFORD GREGORY
16 ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE
17 CONSTRUCTION; CATHERINE JOY ESCOBAR, Individually, CATHERINE JOY
18 ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE
19 CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION
20
21        Defendants.

No.    CV 08-02557 EDL
(Consolidated with CV 08-02557 EDL)

        Plaintiffs and Defendants hereby stipulate as follows:

        The parties through their legal counsel attended a mediation on November 14, 2008, and within a few weeks after the mediation, the parties agreed orally to settlement terms. The parties are still in the process of reviewing language for a final settlement agreement.

        Anticipating settlement and in order to avoid costs, the parties have not engaged in any

**STIPULATION TO CONTINUE PRETRIAL SCHEDULE; [PROPOSED] ORDER**

1  additional discovery in this matter.

2      The parties therefore stipulate to continue the deadlines set forth in the Court's September 30, 2008, pretrial schedule for at least 30 days. A subsequent case management conference is set for January 27, 2009, by which time the parties hope that this case will either settle or will be able to agree upon a new pretrial schedule.

Dated: January 14, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: //s//_____
    NICOLE M. PHILLIPS
    Attorneys for Plaintiffs

Dated: January 14, 2009

NIXON PEABODY LLP

By: //s//_____
    JOSHUA M. HENDERSON
    Attorneys for Defendants

118855/517355

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

STIPULATION TO CONTINUE PRETRIAL SCHEDULE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

The foregoing Stipulation to Continue Pretrial Schedule for at least 30 days is hereby adopted by the Court. The Court will adopt a revised Pretrial Schedule at the upcoming Case Management Conference, scheduled for January 27, 2009.

~~The Court also orders the following:~~

Dated: January 16, 2009



_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE PRETRIAL SCHEDULE; [PROPOSED] ORDER