1  ROBERT K. CARROL, State Bar No. 81277
   rcarrol@nixonpeabody.com
2  JOSHUA M. HENDERSON, State Bar No. 197435
   jhenderson@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300
   Attorneys for Defendants
6  CLIFFORD GREGORY ESCOBAR,
   CATHERINE JOY ESCOBAR, and
7  ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CA; LABORERS VACATION-HOLIDAY TRUST FOR NORTHERN CA; LABORERS PENSION TRUST FOND FOR NORTHERN CA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>                                 Plaintiffs, <br><br>       vs. <br><br> CLIFFORD GREGORY ESCOBAR, Ind., CLIFFORD GREGORY ESCOBAR, Ind. and dba. ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION CATHERINE JOY ESCOBAR, Ind., CATHERINE JOY ESCOBAR, Ind. and dba ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION, <br><br>                                 Defendants. | Case No. 3:08-cv-02535-EDL <br>       (Consolidated with 08-cv-02557) <br><br> **NOTICE OF REQUEST TO APPEAR TELEPHONICALLY FOR FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED]ORDER** <br><br> Case Management Conference: <br><br> Date:     March 31, 2009 <br> Time:    10:00 a.m. <br> Place:    Courtroom E, 15th Floor <br><br> [Local Rule 16-10(d)] |
|---|---|

**NOTICE OF REQUEST TO APPEAR
TELEPHONICALLY FOR FURTHER
CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER; CASE NO. 3:08-CV-02535-EDL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendants' counsel hereby requests permission to appear by telephone at the Case Management Conference scheduled for March 31, 2009, at 10:00 a.m. before the Honorable Elizabeth D. Laporte, in the above-captioned case. Defendants' counsel seeks this request because of scheduling considerations on the day of the Case Management Conference. If permission is granted to appear by telephone at the Case Management Conference, defendants' counsel will be available at the time of the conference at 415.984.8395.

DATED:          March 24, 2009          NIXON PEABODY LLP


By:   */s/ Joshua M. Henderson*
ROBERT K. CARROL
JOSHUA M. HENDERSON
Attorneys for Defendants


## **ORDER**

The foregoing Request to Appear Telephonically for Further Case Management Conference is hereby granted by the Court.

DATED:   March 25, 2009

IT IS SO ORDERED
*[signature]*
Judge Elizabeth D. Laporte
United States ...

-2-

NOTICE OF REQUEST TO APPEAR TELEPHONICALLY
FOR FURTHER CASE MANAGEMENT CONFERENCE;
[~~PROPOSED~~] ORDER CASE NO. 3:08-CV-02535-EDL

11070764.1