**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLIFFORD ESCOBAR, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-08-02535 EDL<br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court held a further case management conference on March 31, 2009. After discussion with the parties, the Court orders the following.

1. Initial expert disclosures shall be made no later than May 4, 2009. Rebuttal expert disclosures shall be made no later than May 18, 2009.

2. All expert discovery shall be completed no later than June 1, 2009.

3. All non-expert discovery shall be completed no later than June 5, 2009.

4. The last day to hear dispositive motions shall be August 11, 2009 at 9:00 a.m.

5. Pretrial conference shall be held on October 13, 2009 at 3:00 p.m.

6. Court trial shall begin on November 2, 2009 at 8:30 a.m.

All other provisions of this Court's Case Management and Pretrial Order for Court Trial shall remain in effect.

**IT IS SO ORDERED.**

Dated: April 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　_Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge